IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID L. TOLOMEO | : | CIVIL ACTION |
| vs. | : | |
| CONSOLIDATED RAIL CORPORATION et al. | : | NO. 02-291 |
| FRANCIS J. BAKER et al. | : | CIVIL ACTION |
| vs. | : | |
| CP RAIL SYSTEM | : | NO. 02-745 |
| ROY W. HENRY et al. | : | CIVIL ACTION |
| vs. | : | |
| CONSOLIDATED RAIL CORPORATION et al. | : | NO. 02-1099 |
| DONALD E. HUTTLEMAYER | : | CIVIL ACTION |
| vs. | : | |
| CONSOLIDATED RAIL CORPORATION et al. | : | NO. 02-1744 |
| MARK VATALARO | : | CIVIL ACTION |
| vs. | : | |
| CONSOLIDATED RAIL CORPORATION et al. | : | NO. 02-1747 |

| | | |
|---|---|---|
| PHILIP E. JARRETT | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CONSOLIDATED RAIL CORPORATION et al. | : | NO. 02-2210 |

| | | |
|---|---|---|
| RANDY L. WERTZ | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CONSOLIDATED RAIL CORPORATION et al. | : | NO. 02-2553 |

| | | |
|---|---|---|
| FRANK R. BLACKBURN et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CONSOLIDATED RAIL CORPORATION et al. | : | NO. 02-2555 |

| | | |
|---|---|---|
| STANLEY M. SCHELLHAMMER | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CONSOLIDATED RAIL CORPORATION et al. | : | NO. 02-3030 |

| | | |
|---|---|---|
| WILBUR F. AMIGH, JR. et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CONSOLIDATED RAIL CORPORATION et al. | : | NO. 02-4669 |

| | | |
|---|---|---|
| SANDRA J. WHITE | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION | : | NO. 02-4883 |

| | | |
|---|---|---|
| HERMAN C. BAKER et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CONSOLIDATED RAIL CORPORATION | : | |
| et al. | : | NO. 02-4885 |

## O R D E R

AND NOW, this           day of August, 2002, it is hereby

ORDERED that the above-captioned cases are referred to the Honorable Charles R. Weiner for monitoring and coordination of the status of discovery, scheduling of arbitration hearings, settlement negotiations, and trial dates, and it is

FURTHER ORDERED that each of the above-captioned cases shall remain on the calendar of the judge to whom it was assigned at the time of filing, until further order of this court.

FOR THE COURT:

_____
JAMES T. GILES
Chief Judge